IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TERESA ANN CHARLES, | : | Case No. 1:20-cv-152 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 14), REVERSING COMMISSIONER'S DENIAL OF BENEFITS, REMANDING MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND TERMINATING CASE**

This action is before the Court upon the Report and Recommendation (Doc. 14) entered by United States Magistrate Judge Stephanie K. Bowman. As no objection has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Commissioner's decision to deny Plaintiff Disability Insurance Benefits is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Order. As no further matters remain pending for review, this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND